AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___cp___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | 08CR1485-H |
| PEDRO DE LA ROSA-SOTO | CASE NUMBER: 08MJ1152 |

I, <u>PEDRO DE LA ROSA-SOTO</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/13/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Pedro De Rosa_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER