

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>PEDRO DE LA ROSA-SOTO (1),<br><br>                    Defendant. | CASE NO. 08CR1485-H<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment (08CR2031-H) has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: _8 USC 1325 as charged in Counts 1 and 2 of the Information._

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: July 7, 2008

_____
MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

ENTERED ON _____