FILED
08 JUL 10 AM 8:18
CLERK US DISTRICT COURT
BY _____ DEPUTY

FILED
JUL 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PEDRO DE LA ROSA-SOTO (1),

        Defendant.

CASE NO. 08CR1485-H

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment (08CR2031-H) has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: _8 USC 1325 as charged in Counts 1 and 2 of the Information._

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: July 7, 2008

_____
MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

I have executed within _Judgment of dismissal_ ENTERED ON _____
Judgement and Commitment on __7/7/08__

United States Marshal

By: _____
USMS Criminal Section